# Court of Appeals
# of the State of Georgia

ATLANTA,____June 15, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1888.  LAURIE SCHRADER v. KAREN SINCLAIR et al.**

Laurie Schrader filed this direct appeal from the superior court's judgment in favor of Karen and Garrett Sinclair for $6,150.75. Under OCGA § 5-6-35 (a) (6), appeals in all actions for damages in which the judgment is $10,000.00 or less must comply with the discretionary appeal procedures.  Because this suit is an action for damages and the judgment entered was less than $10,000.00, a discretionary application was required under OCGA § 5-6-35.  See *Jennings v. Moss*, 235 Ga. App. 357 (509 SE2d 655) (1998); see also *Emerson v. Brookmere Homeowners Ass'n*, 311 Ga. App. 371 n.1 (715 SE2d 775) (2011).  Schrader's failure to file an application for discretionary appeal deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,____06/15/2015_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*